1 | Alexander F. Giovanniello (CSB # 125562)
Thomas C. Swann (CSB # 229422)
2 | **GIOVANNIELLO LAW GROUP**
One Pointe Drive, Suite 300
3 | Brea, California 92821

4 | Ph:   (714) 364-4000
Fax: (714) 364-4001
5 |
Attorneys for:
6 | GRANCARE, LLC dba CREEKSIDE
HEALTHCARE CENTER
7 |

8 |
## UNITED STATES DISTRICT COURT
9 |
## NORTHERN DISTRICT OF CALIFORNIA
10 |

11 |

12 | PATRICK DOOLEY, individually and as the )   Case No.: 15-CV-03038 SBA
Successor in –Interest to the decedent Robert )
13 | Dooley;                                       )   JOINT STIPULATION AND ORDER  TO
                                                )   CONTINUE INITIAL CONFERENCE
                                                )
14 |                    Plaintiffs,             )
            vs.                                  )
15 |                                             )   DATE:              January 14, 2016
GRANCARE, LLC dba CREEKSIDE            )   TIME:              2:45 p.m.
16 | HEALTHCARE CENTER and DOES 1          )   COURTROOM:    210, 2nd Floor
through 200, inclusive,                        )
17 |                                             )
                   Defendant                    )
18 |                                             )   Judge:      Hon. Saundra Brown Armstrong
                                                )
19 |

20 |        WHEREAS, on November 5, 2015, this Court DENIED Plaintiffs' Motion for Remand

21 | without prejudice to Plaintiffs filing a Motion to join former Defendant Janet Rotich in

22 | accordance with 28 U.S.C. §1447(e).   Before filing such a motion, however, this Court

23 | reminded the parties of their respective obligations to "meet and confer."

24 |        WHEREAS, pursuant to the above-stated obligation, the parties have engaged in

25 | numerous telephone conversations regarding Plaintiffs' need to amend the Complaint to identify

26 | a new Plaintiff given the death of Patrick Dooley along with Plaintiffs' desire to file a Motion to

27 | join former Defendant Janet Rotich.

28 | ///

WHEREAS, in addition to the above, the parties have discussed a potential discovery plan to include written discovery and depositions.  The parties have also discussed the potential for mediation.

WHEREAS, the parties desire to participate in voluntary private mediation prior to incurring the cost and expense of filing for a Motion to Amend the Complaint, or filing a Motion to join Janet Rotich, or engage in discovery.

THEREFORE, it is stipulated between the parties as follows:

1. The parties all agree to participate in voluntary private mediation by January 31, 2016.

2. The Court will continue the initial conference to a date convenient for the Court's calendar that occurs after January 31, 2016.

3. The parties will not engage in any disclosures pursuant to F.R.C.P. Rule 26, or other discovery, until such time as the Court orders following the continued initial conference.

4. This stipulation and order along with the continuation of the initial conference shall not affect Plaintiffs' right to Amend the Complaint to identify new Plaintiffs or to file a Motion to join Janet Rotich as a Defendant.


**IT IS SO STIPULATED:**


Dated: December 14, 2015                                    **THE PECK LAW GROUP**


                                                    By:      _/s/ Adam Peck_____
                                                             Adam Peck
                                                             COUNSEL FOR PATRICK DOOLEY,
                                                             individually and as the Successor in –Interest to the
                                                             decedent Robert Dooley

JOINT STIPULATION AND ORDER  TO CONTINUE INITIAL CONFERENCE

1   Dated: December 14, 2015           **GIOVANNIELLO LAW GROUP**

2

3                     By:      */s/ Thomas C. Swann*_____

                              Alexander F. Giovanniello

4                              Thomas C. Swann

                              COUNSEL FOR GRANCARE, LLC dba

5                              CREEKSIDE HEALTHCARE CENTER

6

7     **IT IS SO ORDERED:**

8      1.  The Court continues the Initial Conference to  02/17/2016, at 2:45 PM

9      2.  The parties shall participate in voluntary private mediation prior to January 31, 2016.

10    3.  The parties shall refrain from participating in discovery, or its initial disclosures,

11        until further discussed between the parties and the Court at the Initial Conference.

12    4.  This Order shall not prejudice Plaintiffs' right to file an amendment to the Complaint

13        to identify new Plaintiffs or to file a Motion to Join Janet Rotich as a Defendant

14        pursuant to this Court's previous order.

15

16  Dated: _____12/15_____, 2015       _____

17                              Judge of the United States District Court –

                              Northern District of California

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER  TO CONTINUE INITIAL CONFERENCE